Lanzinger, J.,
concurring.
{¶ 28} I concur in judgment because the statute, the juvenile rules, and the cases cited in the majority opinion support the conclusion that the term “proceedings” in R.C. 2151.352 relates to juvenile court proceedings that begin when a complaint alleging delinquency is filed. Although the dissent is impassioned in arguing that a juvenile’s right to counsel should attach at an earlier time, such an extension is a policy matter. Just as it amended R.C. 2921.04 to define “witness” to mean a person with knowledge of facts “whether or not criminal or delinquent child charges are actually filed,” the General Assembly may define the term “proceedings” to include a statutory right to counsel for juveniles during “investigations of delinquency” if it so chooses.
Cupp, J., concurs in the foregoing opinion.